**Slip Op. 03-74**

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                        :
FAG KUGELFISCHER GEORG SCHÄFER          :
AG, FAG ITALIA S.p.A., BARDEN           :
CORPORATION (U.K.) LTD., FAG            :
BEARINGS CORPORATION and THE            :
BARDEN CORPORATION,                     :
                                        :
        Plaintiffs,                     :
                                        :
        and                             :
                                        :
INA WÄLZLAGER SCHAEFFLER oHG and        :
INA USA CORPORATION,                    :
                                        : Court No. 00-09-00441
        Plaintiff-Intervenors,          :
                                        :
        v.                              :
                                        :
UNITED STATES,                          :
                                        :
        Defendant,                      :
                                        :
        and                             :
                                        :
TIMKEN U.S. CORPORATION,                :
                                        :
        Defendant-Intervenor.           :
_____:


### JUDGMENT

        This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), FAG Kugelfischer Georg Schäfer AG v. United States, 2002 Ct. Intl. Trade LEXIS 118, Slip Op. 02-119 (Oct. 4, 2002), comments and reply comments of FAG Kugelfischer Georg Schäfer AG, FAG Italia S.p.A., Barden Corporation (U.K.) Ltd., FAG Bearings Corporation and The Barden Corporation, and INA Wälzlager Schaeffler oHG and INA USA Corporation, rebuttal comments

of Timken U.S. Corporation[1] and Commerce's response, holds that Commerce duly complied with the Court's remand order, and it is hereby

    **ORDERED** that the <u>Remand Results</u> filed by Commerce on January 2, 2003, are affirmed in their entirety; and it is further

    **ORDERED** that since all other issues have been decided, this case is dismissed.

 

 

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:    June 30, 2003
          New York, New York

---

   [1]    On February 28, 2003, Stewart and Stewart notified the Court that The Torrington Company was acquired by The Timken Company, and is now known as Timken U.S. Corporation.